UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) INJUNCTIVE RELIEF SOUGHT |
| | ) |
| vs. | ) Case No. 19-cv-04813 |
| | ) |
| RESIDENCE INN BY MARRIOTT, LLC | ) Judge Coleman |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's July 22, 2019 Order [Dkt # 5], the Plaintiff, HOWARD COHAN and the Defendant RESIDENCE INN BY MARRIOTT, LLC hereby submit this Joint Status Report:

1. **Nature of the Action:**

    a. Attorneys of Record:

        i. Plaintiff:

           Marshall J. Burt, Esq.
           The Burt Law Group, Ltd.
           77 W. Washington, Ste 1300
           Chicago, IL 60602
           (312) 419-1999
           marshall@mjburtlaw.com

        ii. Defendant:

           Mark Trapp
           Conn Maciel Carey, LLP
           53 W. Jackson Blvd
           Suite 1328
           Chicago, IL 60602
           312-809-8122
           mtrapp@connmaciel.com

    b.    Nature of Claims: Plaintiff initiated this case under Title III of the Americans With Disabilities Act ("ADA") asserting claims relating to the accessibility of the Defendant's Property to individuals with disabilities. There are no counterclaims.

    c.    Material Facts and Legal Issues: The Plaintiff asserts that conditions located in the Defendant's lobby restroom, the Second Floor fitness center, the breakfast area, and the lobby area specifically identified in the paragraphs 23-27 of the Complaint violate the Americans with Disabilities Act and its regulations. The Defendant denies that its facility violates the ADA.

    d.    The Plaintiff seeks injunctive relief, together with attorneys' fees, expert fees and court costs.

    e.    General Status of Case: The case is in initial pleading stage with the Defendant's answer due on September 20, 2019. The parties, however, believe it can be promptly resolved through settlement.

2. **Pending Motions:** None
3. **Proposed Discovery Schedule:** See, 5 Below.
4. **Trial:** See 5 below.
5. **Status of Settlement Negotiations:** Following the Defendant's waiver of service, the Parties have actively engaged in settlement discussions. The parties believe they will reach a settlement resolving all issues between them within the next 30 days. Accordingly, the Parties request that all deadlines be stayed for 30 days to allow them to complete the execution of the settlement agreement and file the stipulation to dismiss.

6. **Consent to Proceed before Magistrate Judge:** Given the Parties anticipated settlement, they do not believe a decision to proceed before the magistrate judge needs to be made at this time.

Respectfully submitted,

HOWARD COHAN

By: \_\_\_/s/\_ *Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
(312) 419-1999
marshall@mjburtlaw.com


RESIDENCE INN BY MARRIOTT, LLC


By: /s/ Mark Trapp
Mark Trapp
Conn Maciel Carey, LLP
53 W. Jackson Blvd
Suite 1328
Chicago, IL 60602
312-809-8122
mtrapp@connmaciel.com