# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Howard Cohan

                      Plaintiff,

v.                                              Case No.: 1:19−cv−04813
                                            Honorable Sharon Johnson Coleman

Residence Inn By Marriott, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The joint motion to reinstate for purposes of extending dismisal without prejudice [12] is granted. No appearance necessary on 11/27/2019. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.